IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MANUEL AMILL CORREA- FIGUEROA, AS REPRESENTATIVE OF THE ESTATE OF AMIRA IVELISSE TORRES, AND AS REPRESENTATIVE OF THEIR MINOR CHILD AMINELLIS CAMILLE CORREA-TORRES,<br><br>      Plaintiff,<br><br>      -against-<br><br>HECTOR PESQUERA, ET ALS,<br><br>      Defendants. | Civil No.  12-1149 (DRD) |

**PLAINTIFF'S  MOTION FOR DEFAULT JUDGMENT AGAINST
ALL DEFENDANTS**

**TO THE HONORABLE COURT**:

    **NOW COMES** the plaintiff thorough the undersigned attorney and very respectfully states and prays as follows:

    1.    All identified defendants in this case were served with the summons and complaint.  On August 20, 2012 defendant Wilfredo Ramirez-Rosario appeared through counsel Antonio Bauza and requested an extension of time. [Doc. 14] On August 20, 2012, the Court granted said defendant an extension of thirty (30) to answer the complaint. [Doc. 15]

    2.    On September 14, 2014, defendants Hector Pesquera-Figueroa, Juan

1

Santana- Rodriguez, Osvaldo Morales-Santiago, Luis Rivera-Irizarry, Jesus M. Herrera, Wilfredo Ramirez- Rosario, Jose- Arroyo-Baez, Angel Guilfu, and Bill Fernandez, represented by counsel Lavinia Aparicio-Lopez, from the P.R. Justice Department, filed a Motion to Dismiss the Complaint for Lack of Jurisdiction. [Doc. 23]

3.  By an Order dated February 4, 2013, the Court denied the defendants' Motion to Dismiss. [Doc. 26]

4.  Although more than thirty (30) days have elapsed since the Court denied the defendants' Motion to Dismiss, defendants Hector Pesquera-Figueroa, Juan Santana-Rodriguez, Osvaldo Morales-Santiago, Luis Rivera-Irizarry, Jesus M. Herrera, Wilfredo Ramirez- Rosario, Jose- Arroyo-Baez, Angel Guilfu, and Bill Fernandez have failed to plead or otherwise defend.

**wHEREFORE,** for the foregoing reasons, plaintiff respectfully requests that default judgments be entered against defendants Hector Pesquera-Figueroa, Juan Santana- Rodriguez, Osvaldo Morales-Santiago, Luis Rivera-Irizarry, Jesus M. Herrera, Wilfredo Ramirez- Rosario, Jose- Arroyo-Baez, Angel Guilfu, and Bill Fernandez.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 14th day of March, 2013.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested parties/attorneys.

*S/ Ramon M. Gonzalez*

RAMON M. GONZALEZ
USDC-PR No. 202313
Attorney for PLAINTIFF
P. O. Box 195493
San Juan, PR  00919-5493
Tel. (787) 722-6930
Fax. (787) 708-4472
E-mail rmgonzalezesq@gamil.com

3